Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No.: CV-04-3445 SC |
| Plaintiff, | Hon. Samuel Conti |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GRANT TSUJI** |
| GRANT TSUJI, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a), Plaintiff DIRECTV, INC. ("DIRECTV") voluntarily dismisses, without prejudice, the above-captioned action as to Defendant Grant Tsuji ("Defendant") only, each party to bear its/his own costs and attorneys' fees.

DATED: October 24, 2005

BUCHALTER NEMER
A Professional Corporation

By: _____/s/ Brandon Q. Tran_____
     Brandon Q. Tran
Attorneys for Plaintiff DIRECTV, INC.

IT IS SO ORDERED
*Samuel Conti*
Judge Samuel Conti
10/26/05

BNFY 696738v1                                1                              (CV-04-3445 SC)
**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GRANT TSUJI**